FILED

08/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0206

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0206

STATE OF MONTANA,

Plaintiff and Appellee,

v.

KATHAN DEVERNON JOHNSON,

Defendant and Appellant.

---

**ORDER**

---

Upon consideration of Appellant's motion for extension and good cause appearing,

IT IS HEREBY ORDERED that the Appellant is given an extension of time until September 11, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 12 2024